UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALANIZ,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN ENTERLINE #3821, et al.,<br><br>    Defendants. | Case No. 18-cv-05788-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT KIRBY'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 19 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendant Kirby's motion to dismiss is GRANTED. Dkt. No. 19. Plaintiff shall file his opposition to the motion to dismiss by July 2, 2019. Defendant Kirby **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 5/31/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge