UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALANIZ,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN ENTERLINE #3821, et al.,<br><br>    Defendants. | Case No. 18-cv-05788-HSG<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 21 |

Now pending before the Court is Plaintiff's request for an extension of time to July 2, 2019, to file his reply to Defendants' summary judgment motion. Dkt. No. 21. The only dispositive motion pending is Defendants' motion to dismiss (Dkt. No. 19). The Court presumes that Plaintiff is seeking an extension to July 2, 2019 to file his opposition to Defendants' motion to dismiss. The request is DENIED as moot. On May 31, 2019, the Court granted Plaintiff's earlier request to continue the deadline for filing an opposition to Defendants' motion to dismiss to July 2, 2019. Dkt. No. 20.

    This order terminates Dkt. No. 21.

    **IT IS SO ORDERED.**

Dated: 6/6/2019

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge