UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALANIZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN ENTERLINE #3821, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-05788-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 23 |

　　　　Good cause being shown, Plaintiff's request for a second extension of time to file his opposition to Defendant Kirby's motion to dismiss is GRANTED. Dkt. No. 23. Plaintiff shall file his opposition to the motion to dismiss by August 17, 2019. Defendants **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

　　　　This order terminates Dkt. No. 23.

　　　　**IT IS SO ORDERED.**

Dated: 7/23/2019

　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge