UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALANIZ,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN ENTERLINE #3821, et al.,<br><br>    Defendants. | Case No. 18-cv-05788-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Granting Motion to Dismiss, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/15/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge