UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALANIZ,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN ENTERLINE #3821, et al.,<br><br>    Defendants. | Case No. 18-cv-05788-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPEIRS ON APPEAL**<br><br>Re: Dkt. No. 31 |

Plaintiff, a California prisoner, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the February 24, 2020 referral notice from the United States Court of Appeals for the Ninth Circuit, the Court finds that the appeal is frivolous and therefore leave to proceed *in forma pauperis on appeal* is DENIED and plaintiff's *in forma pauperis* status is REVOKED. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). This case remains closed. The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: 2/28/2020

                                                  _____
                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge